**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-02124-LTB-CBS

NEVILLE FACEY,

       Plaintiff,

v.

MRS BPO, LLC, a New Jersey limited liability company, d/b/a MRS Associates,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed October 3, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED: October 4, 2013